UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-22418-CIV-MORENO**

CLEAR MARINE VENTURES, LTD,

    Plaintiff,

vs.

BRUNSWICK CORP.; CAZADORES, INC.; CATERPILLER, INC.; MARINE MAX, INC.; PANTROPIC POWER, INC.; and DONALD STEVENS,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT MARINE MAX'S MOTION TO DISMISS

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Marine Max's Motion to Dismiss Count X of Plaintiff's Second Amended Complaint (**D.E. No. 137**), filed on **May 19, 2009**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 280**) on **October 1, 2009**. The Court has reviewed the entire file and record. The Court notes that no objections to the Magistrate Judge's Report and Recommendation were filed. Being fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 280**) on **October 1, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Marine Max's Motion to Dismiss Count X is GRANTED.

(2)     Count X of the Second Amended Complaint is DISMISSED with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of February, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record