UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
08-22418-CIV-MORENO**

CLEAR MARINE VENTURES, LTD,

    Plaintiff,

vs.

BRUNSWICK CORP.; CAZADORES, INC.;
CATERPILLER, INC.; MARINE MAX, INC.;
PANTROPIC POWER, INC.; and DONALD
STEVENS,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART THE MOTION TO DISMISS

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Defendant Pantropic Power, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint **(D.E. No. 141)**, filed on **May 22, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 281)** on **October 1, 2009**. The Court has reviewed the entire file and record. The Court notes that no objections to the Magistrate Judge's Report and Recommendation were filed. Being fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 281)** on **October 1, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Defendant Pantropic's Motion to Dismiss Counts XI and XII of Plaintiff's Second

Amended Complaint **(D.E. 141)** is **GRANTED IN PART AND DENIED IN PART**.

(2)   Defendant Pantropic's Motion to Dismiss as to Count XI of the Second Amended Complaint is **DENIED**.

(3)   Defendant Pantropic's Motion to Dismiss as to Count XII of the Second Amended Complaint is **GRANTED**. The claim against Pantropic in Count XII is hereby DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of February, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record